No. 134. NORTH BEND STAGE LINE, INC., *v.* DENNEY, DIRECTOR, ET AL. Argued March 4, 5, 1931. Decided March 9, 1931. *Per Curiam:* It appearing that the order of the Department of Public Works is supported by the evidence, the judgment of the Supreme Court of Washington is affirmed. *Mr. Thomas E. DeWolfe* argued

787

the cause, and *Messrs. C. K. Poe, A. J. Falknor, Judson F. Falknor,* and *DeWolfe Emory* filed a brief, for appellant. *Mr. Hance H. Cleland,* with whom *Mr. Raymond W. Clifford* was on the brief, for the Washington Motor Coach Co., appellee. *Messrs. John H. Dunbar,* Attorney General of Washington, and *John C. Hurspool,* Assistant Attorney General, filed a brief for the Department of Public Works of Washington, appellee. ▉